IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT STEWART,       )<br>         Plaintiff,      ) No. 1:07-cv-00814 (JDB)<br>                              )<br>    v.                        )<br>                              )<br>UNITED STATES,       )<br>                              )<br>         Defendant.    ) | |

## NOTICE OF APPEARANCE

PLEASE ENTER my appearance as trial counsel on behalf of the United States in the above-captioned case.

DATE:     July 6, 2007

                                                Respectfully submitted,

                                                /s/ Beatriz T. Saiz
                                              BEATRIZ T. SAIZ
                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice
                                              P.O. Box 227
                                              Washington, D.C.  20044
                                              Telephone:  (202) 307-6585

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on July 6, 2007, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Robert D. Stewart
>1514 Avoca Eureka Road
>Bedford, Indiana 47421

>/s/ Beatriz T. Saiz
>BEATRIZ T. SAIZ