UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT D. STEWART,**<br><br>    Plaintiff,<br><br>    v.<br><br>**UNITED STATES OF AMERICA,**<br><br>    Defendant. | Civil Action No. 07-0814 (JDB) |

### ORDER

On July 6, 2007, defendant filed a motion to dismiss plaintiff's complaint. Defendant then filed a motion to dismiss an amended complaint on August 22, 2007. The Court has no record of an amended complaint having been filed by plaintiff. Hence, the Court will deny without prejudice defendant's motion to dismiss amended complaint, and direct plaintiff to respond to the motion to dismiss the original complaint within 30 days of the date of this Order.

Plaintiff is representing himself in this matter. In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise pro se plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509.

Upon consideration of the foregoing, it is hereby

**ORDERED** that defendant's motion to dismiss amended complaint is **DENIED WITHOUT PREJUDICE**; and it is further

**ORDERED** that plaintiff shall respond to defendant's motion to dismiss the original complaint by not later than October 14, 2007. If plaintiff does not respond, the Court may grant

the motion as conceded and dismiss the complaint.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated:   September 14, 2007