Private Citizen Robert Stewart
℅ 1514 Avoca Eureka Road
Bedford, Indiana [PZ 47421]
*In Propria Persona*

RECEIVED

NOV 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# In the United States district court for the district (sic) of Columbia

Robert Stewart

       Plaintiff

         v.

United States,

       Defendant.

Case # 1:07-cv-00814 (JDB)

Motion for Enlargement of Time

I, Robert Stewart hereby move the Court for an enlargement of time to reply to the Motion to Dismiss, filed July 6, 2007.

Plaintiff requires an enlargement of time to adequately address the assertions contained therein. Plaintiff is untrained in law and does not have access to paralegals, secretaries and/or legal researchers. The response to defendants' motion requires more extensive research and writing.

Plaintiff anticipates that an enlargement of 30 days will be sufficient to adequately form a reply to the response.

Respectfully entered this ___14th___ day of ___NOVEMBER___, 2007.

Private Citizen Robert Stewart