UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT D. STEWART,**<br><br>　　**Plaintiff,**<br><br>　　v.<br><br>**UNITED STATES OF AMERICA,**<br><br>　　**Defendant.** | Civil Action No. 07-0814 (JDB) |

### ORDER

　　Plaintiff filed an amended complaint on December 17, 2007, after defendant filed a motion to dismiss the original complaint. Under Fed. R. Civ. P. 15(a), a party may amend its pleading "once as a matter of course . . . before being served with a responsive pleading." A motion to dismiss is not a responsive pleading. James V. Hurson Associates, Inc. v. Glickman, 229 F.3d 277, 283 (D.C. Cir. 2000). Furthermore, an amended complaint supersedes the original complaint, and thus becomes the operative complaint in the litigation. See Adams v. Quattlebaum, 219 F.R.D. 195, 197 (D.D.C. 2004); see generally 6 Charles Alan Wright, Arthur R. Miller & Mary K. Kane, Federal Practice and Procedure § 1476 (2d ed. 1990) ("Once an amended pleading is interposed, the original pleading no longer performs any function in the case and any subsequent motion made by an opposing party should be directed at the amended pleading.") (footnotes omitted).

　　Accordingly, it is hereby

　　**ORDERED** that defendant's motion to dismiss the original complaint is denied without prejudice; and it is further

　　**ORDERED** that, pursuant to Fed. R. Civ. P. 15(a), defendant shall file its response to the

amended complaint by not later than January 7, 2008. If a motion to dismiss is filed, plaintiff's response shall be filed by not later than January 28, 2008, and defendant's reply shall be filed by not later than February 11, 2008.

                                                /s/
                               JOHN D. BATES
                        United States District Judge

Date:   December 19, 2007