# United States District Court
## FOR THE DISTRICT OF COLUMBIA



RECEIVED

DEC 19 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Robert D. Stewart
1514 Avoca Eureka Road
Bedford, Indiana, 47421-8406

Case No. **1:07-cv-00814-JDB**

    Plaintiff,

v.

UNITED STATES OF AMERICA

    Defendant.

### REQUEST FOR LEAVE TO AMEND COMPLAINT

Plaintiff hereby respectfully requests leave to amend the Complaint. With knowledge that Fed. R. Civ. P. 15(a) establishes a Party's right to amend pleadings before a responsive pleading is served, Plaintiff nonetheless requests the Court grant leave to amend, which "shall be freely given when justice so requires". Rule 15(a), Federal Rules of Civil Procedure. An Amended Complaint is lodged concurrently with this Motion To Amend.

Dated: _12-19-07_, 2007

_Robert D. Stewart_
Robert D. Stewart

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing and a copy of the amended complaint on defendant's attorney at her address of record.

Dated _12-17_____, 2007

*Robert D. Stewart*
Robert D. Stewart



LII / Legal Information Institute

# U.S. Code collection
## CFR parts for which 26 USC 6301 provides authority

This is a list of parts within the Code of Federal Regulations for which this US Code section provides rulemaking authority. It is taken from the Parallel Table of Authorities provided by NARA at http://www.access.gpo.gov/nara/cfr/parallel/parallel_table.html. It is not guaranteed to be accurate or up-to-date, though we do refresh the database weekly. More limitations on accuracy are described at the NARA site.

- 27 CFR 24
- 27 CFR 25
- 27 CFR 26
- 27 CFR 270
- 27 CFR 41
- 27 CFR 53
- 27 CFR 70

*LII has no control over and does not endorse any external Internet site that contains links to or references LII.*

LII / Legal Information Institute

# U.S. Code collection

## No corresponding parts in CFR

There are no CFR parts for which 26 USC 6211 provides authority.

*LII has no control over and does not endorse any external Internet site that contains links to or references LII.*



Search Law School    Search Cornell

LII / Legal Information Institute

# U.S. Code collection

## CFR parts for which 26 USC 6201 provides authority

This is a list of parts within the Code of Federal Regulations for which this US Code section provides rulemaking authority. It is taken from the Parallel Table of Authorities provided by NARA at http://www.access.gpo.gov/nara/cfr/parallel/parallel_table.html. It is not guaranteed to be accurate or up-to-date, though we do refresh the database weekly. More limitations on accuracy are described at the NARA site.

- 27 CFR 70

*LII has no control over and does not endorse any external Internet site that contains links to or references LII.*

