IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROBERT STEWART,<br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>    Defendant. | )<br>)<br>) No. 1:07-cv-00814 (JDB)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**UNITED STATES' REPLY IN SUPPORT OF
MOTION TO DISMISS AMENDED COMPLAINT**

The United States submits this reply to address one argument raised by plaintiff in his opposition to the motion to dismiss the amended complaint. The United States otherwise relies on its motion to dismiss.

Plaintiff seeks relief pursuant to 26 U.S.C. § 7214. The Court lacks jurisdiction over plaintiff's claim pursuant to 26 U.S.C. § 7214. Plaintiff asserts that the allegations of the complaint support a separate cause of action pursuant to section 7214. (Compl. Special Matters p. 17.) Section 7214 (a) provides for dismissal from office and criminal penalties upon conviction and a fine of not more than $10,000.00 or imprisonment for up to five years, or both. However, section 7214 provides no private cause of action to plaintiff against the United States.1/ See United States v. Little, 753 F.2d 1420, 1437 (9th Cir. 1985); United States v. Hill, 2006-1 U.S.T.C. ¶ 50,252 (D. Ariz. 2005). Further, the

---

    1/ Following a criminal conviction of a revenue employee, damages may be recoverable by the victim. See Watts v. IRS, 925 F. Supp. 271, 279 (D.N.J. 1996): Brunwasser v. Jacob, 453 F. Supp. 567, 572-73 (W.D. Pa. 1978).

United States has not waived its sovereign immunity to permit plaintiff to invoke the Court's jurisdiction under section 7214. See <u>Lonsdale v. United States</u>, 919 F.2d 1440, 1444 (10th Cir. 1990). Accordingly, this cause of action should be dismissed.

CONCLUSION

For the reasons stated in the United States' motion to dismiss and the reasons stated above, the United States respectfully requests the Court grant the motion and dismiss the case.

DATED: February 6, 2008

Respectfully submitted,

/s/ Beatriz T. Saiz
BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044
Phone/Fax: (202) 307-6585/514-6866
Email: Beatriz T.Saiz@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT STEWART,<br>   Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>   Defendant. | )<br>) No. 1:07-cv-00814 (JDB)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' REPLY IN SUPPORT OF THE MOTION TO DISMISS THE AMENDED COMPLAINT was served upon the following individual(s) on February 6, 2008, by sending a copy by First Class mail, postage prepaid, addressed as follows:

    Robert D. Stewart
    1514 Avoca Eureka Road
    Bedford, Indiana 47421

      /s/ Beatriz T. Saiz
      BEATRIZ T. SAIZ